Order issued: November 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00466-CV

## IN THE INTEREST OF J.W.C., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-21693-Z**

## ORDER

We **DENY** appellant's October 31, 2012 motion to reconsider.

We **DENY** appellant's October 31, 2012 third motion requesting documents.

We **ORDER** appellant to file his brief on or before **December 19, 2012**. We caution appellant that if he fails to file his brief by **December 19, 2012**, the Court will dismiss the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(c).

ELIZABETH LANG-MIERS
JUSTICE